# NO. 12-09-00356-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL KENNEDY,*<br>*APPELLANT* | § | *APPEAL FROM THE 87TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *JUDGE MARK A. CALHOON*<br>*AND JUDGE DEBROAH OAKES EVANS,*<br>*APPELLEES* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On November 2, 2009, Appellant, Michael Kennedy, filed a notice of appeal. On the same day, this court notified Kennedy, pursuant to Texas Rules of Appellate Procedure 37.2 and 42.3, that the information received in this appeal does not contain a final judgment or other appealable order. Kennedy was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before December 2, 2009 to show the jurisdiction of this court. The deadline for amendment has passed, and Kennedy has neither responded to this court's November 2, 2009 notice or otherwise shown the jurisdiction of this court. Accordingly, the appeal is *dismissed for want of jurisdiction*. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered December 16, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)